IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OMNIQUIP TEXTRON, INC.,      :
    Plaintiff      :
              :
v.      :      Civil No. AMD 03-357
              :
WHOLESALE EQUIPMENT      :
BROKERS, INC., et al.,      :
    Defendants      :

...o0o...

ORDER

Now pending is the motion seeking an order quashing a subpoena dues tecum pursuant to Fed.R.Civ.P. 45(c). The requesting party in the underlying litigation in the United States District Court for the Eastern District of Virginia, plaintiff OmniQuip Textron, Inc., has failed to respond to the motion filed on behalf of movant, JLG Industries, Inc. The time for filing a response has passed and no hearing is needed. *See* Local Rule 105.6 (D.Md. 2001).

For the reasons stated in the motion to quash, it is this 7th day of March, 2003, by the United States District Court for the District of Maryland, ORDERED

(1)    That the motion to quash is GRANTED; and it is further ORDERED

(2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel and unrepresented parties.

/s/
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE